United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MANUEL GIL VALDIVIA, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-643 |
| WARDEN, EL VALLE DETENTION FACILITY, | § § | |
| Respondent. | § | |

## **ORDER**

Petitioner Christopher Manuel Gil Valdivia is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas.  He challenges his continued detention without an opportunity to receive a bond hearing. (Pet., Doc. 1)

A United States Magistrate Judge recommends that the Court deny the Petition. (R&R, Doc. 9)  No party objected to the Report and Recommendation and the deadline for doing so expired on July 10, 2026.[1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 9).  It is:

**ORDERED** that Petitioner Christopher Manuel Gil Valdivia's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

This is a final and appealable order.

---

[1] The Clerk's Office mailed a copy of the Report and Recommendation to Petitioner at the return address that he included in his Complaint. (*See* Doc. No. 10)  The document was returned as undeliverable. (*See* Return, Doc. 12)  Mailing of documents to the address that a litigant provides satisfies the notice requirement for a Report and Recommendation. *See Lewis v. Hardy*, 248 F. App'x 589, 593 n.1 (5th Cir. 2007) (unpubl.) (noting that when the clerk's office mails a report and recommendation to the plaintiff's last known address and it is returned as undeliverable, the plaintiff "is solely responsible for not receiving" the mailing).

The Clerk of Court is directed to close this case.

Signed on July 16, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge